UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN RONALD MASON,

    Plaintiff,

v.                                          Case No.: 5:26-cv-105-JEP-PRL

SECRETARY KRISTI NOEM and
DIRECTOR JOSEPH B. EDLOW,

    Defendants.
_____/

**ORDER OF REFERENCE**

    This case is hereby referred to the assigned Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on any dispositive motions.

    **DONE** and **ORDERED** in Jacksonville, Florida on March 2, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record