UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN RONALD MASON,

     Plaintiff,

v.                                                          Case No.: 5:26-cv-105-JEP-PRL

SECRETARY KRISTI NOEM and
DIRECTOR JOSEPH B. EDLOW,

     Defendants,

_____/

## **ORDER**

**THIS CAUSE** is before this Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

**DONE** and **ORDERED** in Jacksonville, Florida on July 15, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record